FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR 13 PM 3: 26

CLERK _____ 
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE UNITED STATES OF AMERICA   )
                                  )
v.                                )   Case No. CR495-10-15
                                  )
ROBERT GREEN                 )

## O R D E R

**IT IS HEREBY ORDERED** that the above captioned case, previously assigned to the Honorable John F. Nangle, is hereby reassigned for plenary disposition to the Honorable B. Avant Edenfield.

**ORDERED ENTERED** at <u>Savannah</u>, Georgia, this _____ _13th_ _____ day of March, 2009.

_____
William T. Moore, Jr.
Chief United States District Judge
Southern District of Georgia